# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NICHOLAS CULPEPPER

VERSUS

CHANDLER ELECTRICAL
SERVICES, LLC

NO.  2021 CW 1064

**DECEMBER 20, 2021**

---

In Re:   Chandler Electrical Services, LLC, applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 644720.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**  Genuine issues of material fact remain that preclude the grant of summary judgment in this matter.

**PMc**
**JEW**

**Theriot, J.,** concurs and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT